```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
SAMBA ENTERPRISES, LLC,              :

              Plaintiff,             :    **ORDER**

         - against -                 :    06 Civ. 7660 (DC)

IMESH, INC.,                         :

              Defendant.             :
- - - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-09

**CHIN, District Judge**

On March 19, 2009 the Court ruled on the parties' motions for summary judgment, and since that time the Court has attempted to hold an inquest to determine damages. No inquest has taken place, however, because each time the inquest is scheduled the parties have sought -- and received -- an adjournment. This case has been pending too long for any further delay. Therefore, the Court will hold an inquest on October 8, 2009 at 10:00 a.m. in Courtroom 11A. Absent extraordinary circumstances, no adjournment will be granted.

SO ORDERED.

Dated:  New York, New York
        September 3, 2009

                                     DENNY CHIN
                                     United States District Judge