UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2011
```

SAMBA ENTERPRISES, LTD.,

     Plaintiff,

-v-

IMESH, INC.,

     Defendant.

No. 06 Civ. 7660 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

  The Court is in receipt of a motion and accompanying memorandum of law in support of non-party City Marshal Frank Siracusa's motion for an order compelling Plaintiff Samba Enterprise, Inc.'s attorney, Jason Advocate, and his law firm, Advocate and Lichtenstein, LLP, to pay poundage fees in the amount of $28,933.96 plus interest. A hearing on this motion is scheduled for December 20, 2011 at 10:00 a.m.

  IT IS HEREBY ORDERED THAT Plaintiff's counsel shall submit a written response to Siracusa's motion by December 16, 2011.

SO ORDERED.

DATED:  December 13, 2011
      New York, New York

                _____
                RICHARD J. SULLIVAN
                UNITED STATES DISTRICT JUDGE
                PART I